RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 4/10/12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RODNEY DUPAS<br>LA. DOC #312061 | CIVIL ACTION NO. 3:12-cv-0321 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN ALVIN JONES | MAGISTRATE JUDGE KAREN L. HAYES |

## CERTIFICATE OF APPEALABILITY

The Court finds that a final order has been filed. After considering the record in this case, including Petitioner's Application for Certificate of Appealability [Doc. No. 8], the requirements of 28 U.S.C. § 2253, and the Supreme Court's decision in Slack v. McDaniel, 529 U.S. 473, 478 (2000),

IT IS ORDERED that the certificate of appealability is DENIED because the applicant has failed to show that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.

MONROE, LOUISIANA, this 10 day of april, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE